AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

MAY 11 2022 AM 9:36
FILED - USDC - BPT - CT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:22-mj-489 (SDV) |
| JAKE SCOTT FLEWELLYN | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Nov. 2021 to approx. April 2022__ in the county of __Fairfield__ in the _____ District of __Connecticut__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution of Child Pornography |
| 18 U.S.C. § 2252(a)(5)(b) | Accessing with Intent to View Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit of Michael J. Syrax, Special Agent, Federal Bureau of Investigation (FBI).

☑ Continued on the attached sheet.

*Complainant's signature*

SA Michael J. Syrax, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/11/2022

*Judge's signature*

City and state: Bridgeport, Connecticut          Hon. S. Dave Vatti, U.S. Magistrate Judge
*Printed name and title*