UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

        vs.                            CRIMINAL NO. 3:21-MJ-489(SDV)

JAKE FLEWELLYN                            May 30, 2022

**DEFENDANT'S MOTION TO CONTINUE PRELIMINARY HEARING**

      Counsel for the defendant in the above-captioned matter respectfully moves to continue the June 1, 2022 preliminary hearing by 60 additional days. Counsel for the government has no objection to the granting of this motion. Additionally, Mr. Flewellyn has been advised of his rights to a speedy indictment and trial and has stated his willingness to execute a waiver; he is expected to do so on or about May 31, 2022 when counsel furnishes him with one.

      The basis for this motion is that the parties are engaged in discussion that may obviated the need for a preliminary hearing and trial. The government is still preparing discovery for the defenss and the defense is exploring certain issues related to a resolution. Accordingly, there is a mutual desire to fully explore a resolution subject to both sides completing their due diligence.

      Additionally, as stated, Mr. Flewellyn has been advised of his speedy trial and indictment rights. He will execute a waiver that counsel will file shortly.

      WHEREFORE, counsel respectfully requests that the preliminary hearing be continued by 60 additional days.

                                            THE DEFENDANT
                                            JAKE FLEWELLYN

                                            <u>/s/Daniel M. Erwin/s/</u>
                                            FEDERAL DEFENDER'S OFFICE
                                            265 Church Street; Suite 702

New Haven, CT 06510<br>
Tel: (860) 493-6260<br>
Email: Daniel_Erwin@fd.org

## CERTIFICATION OF SERVICE

    This is to certify that on May 30, 2022, a copy of the forgoing was filed electronically via the Court's CM/ECF system, and by that system, counsel for the Government has been provided with a copy of the forgoing.

/s/Daniel M. Erwin/s/<br>
Daniel M. Erwin