UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | CRIMINAL NO. 3:21-MJ-489(SDV) |
| JAKE FLEWELLYN | July 27, 2022 |

### DEFENDANT'S MOTION TO CONTINUE PRELIMINARY HEARING

Counsel for the defendant in the above-captioned matter respectfully moves to continue the August 1, 2022 preliminary hearing by 60 additional days. Counsel for the government has no objection to the granting of this motion. Additionally, Mr. Flewellyn has been advised of his rights to a speedy indictment and trial and has stated his willingness to execute a waiver; which counsel is endeavoring to have executed.

The basis for this motion is that the parties are engaged in discussion that may obviate the need for a preliminary hearing and trial. The government is still preparing discovery for the defense and the defense is exploring certain issues related to a resolution. Counsel for the government had been preoccupied with trial, hence the delay in production, but discovery will be forthcoming shortly. Additionally, the defense has used the time to develop its own preparations in anticipation of a possible resolution. Accordingly, there is a mutual desire to fully explore a resolution subject to both sides completing their due diligence.

Additionally, as stated, Mr. Flewellyn has been advised of his speedy trial and indictment rights. He will execute a waiver that counsel will file shortly.

WHEREFORE, counsel respectfully requests that the preliminary hearing be continued by 60 additional days.

        THE DEFENDANT
        JAKE FLEWELLYN

        /s/Daniel M. Erwin/s/
        FEDERAL DEFENDER'S OFFICE
        265 Church Street; Suite 702
        New Haven, CT 06510
        Tel: (860) 493-6260
        Email: Daniel_Erwin@fd.org

## CERTIFICATION OF SERVICE

      This is to certify that on July 27, 2022, a copy of the forgoing was filed electronically via the Court's CM/ECF system, and by that system, counsel for the Government has been provided with a copy of the forgoing.

        /s/Daniel M. Erwin/s/
        Daniel M. Erwin