UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | CRIMINAL NO. 3:21-MJ-489(SDV) |
| JAKE FLEWELLYN | September 6, 2022 |

### DEFENDANT'S MOTION TO PERMIT LOCAL TRAVEL

The defendant in the above-captioned matter respectfully moves to permit local travel and be briefly released from home confinement for the purpose of attending a wedding on September 9, 2022. The probation officer has no objection to the granting of this motion; counsel for the government takes no position and defers to the probation officer.

The event Mr. Flewellyn hopes to attend is located in Norwalk, Connecticut and does not require overnight accommodations. The wedding is one that involves neighbors of his family, the hosts are reportedly aware of his legal circumstances. The ceremony is scheduled for a church in Norwalk at 2:30 pm on September 9 and the reception is at a nearby banquet hall from 5 pm to 12 a.m. on September 9. Counsel has the specific names of these locations and will provide them to the probation officer. Mr. Flewellyn would attend the event with his parents and remain in their care and custody the entire time. He would return home with them when they leave the reception late the night of September 9 or early in the morning of September 10. Importantly, counsel and Mr. Flewellyn will confer with the probation officer to develop a plan and return times with sufficient detail that probation can monitor Mr. Flewellyn's whereabouts to it satisfaction.

WHEREFORE, counsel for the defendant respectfully requests that Mr. Flewellyn be permitted to travel to Norwich on September 9 for the purpose of attending the aforementioned wedding, as set forth herein.

THE DEFENDANT
JAKE FLEWELLYN

/s/Daniel M. Erwin/s/
FEDERAL DEFENDER'S OFFICE
265 Church Street; Suite 702
New Haven, CT 06510
Tel: (860) 493-6260
Email: Daniel_Erwin@fd.org

## CERTIFICATION OF SERVICE

This is to certify that on September 6, 2022, a copy of the forgoing was filed electronically via the Court's CM/ECF system, and by that system, counsel for the Government has been provided with a copy of the forgoing.

/s/Daniel M. Erwin/s/
Daniel M. Erwin