UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

      vs.                                    CRIMINAL NO. 3:21-MJ-489(SDV)

JAKE FLEWELLYN                         September 30, 2022

### DEFENDANT'S MOTION TO CONTINUE PRELIMINARY HEARING

Counsel for the defendant in the above-captioned matter respectfully moves to continue the October 3, 2022 preliminary hearing by 60 additional days. Counsel for the government has no objection to the granting of this motion. Additionally, Mr. Flewellyn has been advised of his rights to a speedy indictment and trial and has executed a speedy trial waiver; which is filled contemporaneous with this motion.

The basis for this motion is that the parties are engaged in discussion that may obviated the need for a preliminary hearing and trial. Since the last motion, counsel and the government have had good faith, productive discussions about a resolution. Advancing that discussion further requires counsel to pursue additional resources, which he is working on. Accordingly, there is a mutual desire to fully explore resolution and it is being actively pursued.

Additionally, as stated, Mr. Flewellyn has been advised of his speedy trial and indictment rights. He will execute a waiver that counsel will file shortly.

WHEREFORE, counsel respectfully requests that the preliminary hearing be continued by 60 additional days.

                                                                       THE DEFENDANT
                                                                       JAKE FLEWELLYN

                                                                       <u>/s/Daniel M. Erwin/s/</u>

                                                              FEDERAL DEFENDER'S OFFICE
                                                              265 Church Street; Suite 702
                                                              New Haven, CT 06510
                                                              Tel: (860) 493-6260
                                                              Email: Daniel_Erwin@fd.org

<u>CERTIFICATION OF SERVICE</u>

      This is to certify that on September 30, 2022, a copy of the forgoing was filed electronically via the Court's CM/ECF system, and by that system, counsel for the Government has been provided with a copy of the forgoing.

                                      /s/Daniel M. Erwin/s/
                                         Daniel M. Erwin