UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

        vs.                                    CRIMINAL NO. 3:22-MJ-489(SDV)

JAKE FLEWELLYN                             November 21, 2022

### DEFENDANT'S MOTION TO TRAVEL

Counsel for the defendant in the above-captioned matter respectfully moves for temporary modification Mr. Flewellyn's home confinement. Specifically, he requests that Mr. Flewellyn be permitted to attend Thanksgiving dinner at his aunt and uncle's home in Norwalk. Probation has no objection to the granting of this request; the government has not yet responded to a request for its position. The basis for this request is set forth herein.

1. Mr. Flewellyn has been subject to home confinement with location monitoring since his arrest. There have been no issues. In September the court granted Mr. Flewellyn permission to attend a wedding and that occurred without incident.

2. Mr. Flewellyn would like to attend Thanksgiving dinner with his parents (his father is his custodian) at his aunt and uncle's home in Norwalk.

3. His aunt and uncle are aware of Mr. Flewellyn's arrest and his conditions of release. The only minor that would be present is Mr. Flewellyn's 16 year old cousin.

4. The Flewellyn's would leave at 2 pm and return at 10 pm.

5. Counsel will disclose the address of the aunt and uncle's home to the probation officer.

WHEREFORE, counsel respectfully requests that permission be granted as set forth in this motion.

                                                  Respectfully submitted,

                                                  THE DEFENDANT
                                                  JAKE FLEWELLYN

/s/Daniel M. Erwin/s/
FEDERAL DEFENDER'S OFFICE
265 Church Street; Suite 702
New Haven, CT 06510
Tel: (860) 493-6260
Email: Daniel_Erwin@fd.org

## CERTIFICATION OF SERVICE

    This is to certify that on November 21, 2022, a copy of the forgoing was filed electronically via the Court's CM/ECF system, and by that system, counsel for the Government has been provided with a copy of the forgoing.

/s/Daniel M. Erwin/s/
Daniel M. Erwin