# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                        **APPEARANCE**

JAKE FLEWELLYN             CASE NO.:    3:22-mj-489(SDV)

*To the Clerk of this Court and all parties of record:*

*Enter my Appearance as counsel in this case for:*

### *JAKE FLEWELLYN*

*Date: November 28, 2022*           */s/Allison Kahl*
                                     *Signature*

*Bar No.:* phv206792            Allison Kahl
                                       *Print Name*

                                       *OFFICE OF THE FEDERAL DEFENDER*
                                       *Firm Name*

                                       *265 Church Street, Suite 702*
                                       *Address*

                                       *New Haven,*        *CT*         *06510*
                                       *City*            *State*          *Zip Code*

                                       *(203) 498-4200*
                                       *Phone Number*

<u>CERTIFICATE OF SERVICE</u>

        I HEREBY CERTIFY that on November 28, 2022, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                       */s/Allison Kahl*
                                       Allison Kahl