UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.  CRIMINAL NO. 3:22-MJ-489(SDV)

JAKE FLEWELLYN  May 22, 2023

### DEFENDANT'S MOTION TO CONTINUE PRELIMINARY HEARING

Counsel for the defendant in the above-captioned matter respectfully moves to continue the May 30, 2023 preliminary hearing by 60 additional days. Counsel for the government has no objection to the granting of this motion. Additionally, Mr. Flewellyn has been advised of his rights to a speedy indictment and trial and has executed a speedy trial waiver; which is filled contemporaneous with this motion.

The basis for this motion is that the parties remain engaged in discussion that may obviate the need for a preliminary hearing and trial. Since the last motion, the parties have continued to have good faith, productive discussions about a resolution and are actively resolving and discussing the matter. Counsel has pursued additional resources, which also require time to review and discuss with Mr. Flewellyn. There remains a mutual desire to fully explore resolution and it is being actively pursued by counsel and the government.

Additionally, as stated, Mr. Flewellyn has been advised of his speedy trial and indictment rights. He has executed a waiver that is attached as an exhibit to this motion.

WHEREFORE, counsel respectfully requests that the preliminary hearing be continued by 60 additional days.

THE DEFENDANT
JAKE FLEWELLYN

/s/ Allison Kahl
Allison Kahl
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: phv206792
Email: allison_kahl@fd.org

CERTIFICATION OF SERVICE

      This is to certify that on May 22, 2023 a copy of the forgoing was filed electronically via the Court's CM/ECF system, and by that system, counsel for the Government has been provided with a copy of the forgoing.

                              /s/Allison N. Kahl
                              Allison N. Kahl